CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 1 7 2006

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

EAST TENNESSEE NATURAL GAS CO., )
                                )
        Plaintiff,              )
                                )
                                )
vs.                             )    Civil Action No. 4:02-CV-00196
                                )
                                )
3.37 ACRES IN CARROLL COUNTY,   )
VIRGINIA, CHARLES G. PARNELL and )
VIRGINIA WOJCIECHSKI, JANE A    )
HARRISON, COUNTY ASSESSOR       )
JOHN DOE,                       )
                                )
        Defendants.             )

### ORDER GRANTING EAST TENNESSEE SUMMARY JUDGMENT, RIGHT-OF-WAY AND EASEMENT

This matter was heard before this Court on October 13, 2006 on Plaintiff's Motion for Summary Judgment. Defendants failed to appear or file any opposition to this motion. This Court finds there are no issues of fact and that Plaintiff is entitled to a judgment as a matter of law. Accordingly, the Court finds that the just compensation for the property condemned in this action is forty-two thousand two hundred six dollars (**$42,206.00**).

In addition, East Tennessee Natural Gas Company should be granted a right-of-way and easement through and across the property that is the subject matter of this lawsuit and as set forth in the Complaint and the amended exhibits thereto. All other matters have been decided by this Court.

1272547.1                          1

Accordingly, Plaintiff is Ordered to deposit with the Court the sum of twenty-three thousand nine hundred six dollars (**$23,906.00**) for a total amount on deposit of forty-two thousand two hundred six dollars (**$42,206.00**). Upon receipt of said funds the Clerk of the Court is ordered to disperse forty-two thousand two hundred six dollars (**$42,206.00**) plus interest accrued to date to Defendants Charles G. Parnell and Virginia Wojciechski. This matter shall then be dismissed.

IT IS SO ORDERED.

Entered this the 17ᵗʰ day of Oct., 2006.

Jackson L. Kiser
United States District Judge

Submitted for Entry:

_____ s/Lela M. Hollabaugh
Lela M. Hollabaugh (#14894)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone:  (615) 244-6380
Facsimile:  (615) 244-6804
Email:       lhollabaugh@wallerlaw.com

Daniel S. Brown (VSB # 3327)
Woods Rogers & Hazlegrove
10 S. Jefferson Street, Ste. 1400
Roanoke, VA  24038
Telephone:  (540) 983-7600
Facsimile:  (540) 983-7711

*Attorneys for East Tennessee Natural Gas Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2006, a copy of Order Granting East Tennessee Natural Gas Summary Judgment, Right of Way and Easement, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Charles G. Parnell          Virginia Wojciechski
14 Sega Drive               14 Sega Drive
New Milford, CT 06776        New Milford, CT 06776